# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-CR-093-GKF |
| **BALEY LYNN ENLOE, a/k/a "Bailey Enloe", et al.** | ) |
| Defendants. | ) |

### NOTICE OF JOINDER OF MOTION FILED BY GOVERNMENT ON BEHALF OF UNITED STATES, LOLLIS, LAMBERT AND BURNS

COMES NOW Defendant Baley Lynn Enloe, a/k/a Bailey Enloe, hereby providing notice that she joins the *Parties' Joint Motion Requesting the Court Declare this Case Complex* (Dkt.# 48).

Respectfully Submitted,

*s/Matthew P. Cyran*
**Matthew P. Cyran, OBA No. 16918**
**ROSENSTEIN, FIST & RINGOLD**
**525 South Main Street, Suite 700**
**Tulsa, Oklahoma 74103**
**(918) 585-9211  Telephone**
**(918) 583-5617  Facsimile**
**mcyran@rfrlaw.com**
**ATTORNEY FOR DEFENDANT, BALEY LYNN ENLOE**

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2017, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants.

    Joel-lyn McCormick
    *Joel-lyn.a.mccormick@usdoj.gov*
    ATTORNEY FOR UNITED STATES

    Catherine Depew
    *catherine.depew@usdoj.gov*
    ATTORNEY FOR UNITED STATES

    J. Lance Hopkins
    *bacaviola@yahoo.com*
    ATTORNEY FOR NICKOLAS ALLEN LOLLIS

    William Lunn
    *wlunn@peoplepc.com*
    ATTORNEY FOR DEBRA RENEE BURNS

    Marna Franklin
    *mfranklin@demandproof.com*
    ATTORNEY FOR CLAYTON LAMBERT

    Shena Burgess
    *sburgess@smilinglaw.com*
    ATTORNEY FOR JAMES CHRISTOPHER MARTIN

                                        /s/*Matthew P. Cyran*
                                          MATTHEW P. CYRAN