PROB 12B
(8/16)

# United States District Court for
## The Northern District of Oklahoma

**Request for Order Modifying the Conditions or Term of Supervision
With Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

| | | | |
|---|---|---|---|
| Name of Offender: | Baley Lynn Enloe | Case Number: | 17-CR-093-GKF |
| Name of Judicial Officer: | The Honorable Paul J. Cleary | | |
| Original Offense: | Count One: Drug Conspiracy, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) | | |
| Original Sentence: | To be determined | | |
| Type of Supervision: | Pretrial Release | Date Supervision Commenced: | October 10, 2017 |

## PETITIONING THE COURT

☒   To modify the conditions of supervision as follows:

The defendant shall reside at a sober-living facility designated by the probation officer until an alternative residence is approved by the probation officer. The defendant shall comply with all of the rules and regulations of the facility. Based upon the defendant's lack of ability to pay the initial down payment and a partial month's rent at the facility, these fees will be paid for by the Probation Office. The defendant is required to pay all rent thereafter.

## CAUSE

On October 10, 2017, the defendant was released from custody and placed at Turley Residential Center in Tulsa, Oklahoma. On October 17, 2017, the defendant was approved to reside with her grandmother in Collinsville, Oklahoma. At the time, the defendant's grandmother was living in a location close to where the defendant could obtain employment, attend counseling sessions, submit to drug testing and have access to transportation. On November 1, 2017, an argument between the defendant and her grandmother resulted in the defendant moving to her aunt's residence in Collinsville. Due to the number of individuals residing at this location and alleged criminal activity occurring at her aunt's residence, it was recommended that the defendant move forward with her desire to relocate to an Oxford house. The defendant applied for admission and was approved to reside at an Oxford house located in Tulsa, Oklahoma. On November 27, 2017, the residence was verified and seems to be a good fit for the defendant. She has recently obtained employment with Green Country Marketing and starts next week. At this time, the defendant is compliant with her conditions of release, is drug testing as required, and has begun mental health counseling.

The defendant, after being advised of her right to assistance of counsel, agreed to said modification and executed a waiver of hearing and consent to modification of conditions as set forth herein.

Respectfully Submitted,

by  *s/Joy Coffman*
United States Probation Officer
Date: December 11, 2017

Approved:

*s/Michael Dan Woolridge,* Assistant Deputy Chief
United States Probation Officer

---

THE COURT ORDERS:

☐  No action.
☐  The extension of supervision as noted above.
☒  The modification of conditions as noted above.
☐  Other:

_____
Paul J. Cleary,
United States Magistrate Judge

Date: 12/11/2017  (12/12/2017)

PROB 49
(8/16)

# United States District Court for
## The Northern District of Oklahoma

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

Name: Baley Lynn Enloe                                Case Number: 17-CR-093-GKF

Type of Supervision: Pretrial release
Date Supervision Commenced: October 10, 2017
Date Supervision Expires: Not applicable

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The conditions of released are modified to include the " Sober Living Facility condition" as follows:
The defendant shall reside at a sober-living facility designated by the probation officer until an alternate residence is approved by the probation officer. The defendant shall comply with all of the rules and regulations of the facility. Based upon the defendant's lack of ability to pay the initial down payment and a partial month's rent at the facility, these fees will be paid for by the Probation Office. The defendant is required to pay all rent thereafter.

Witness _____     Signed _____
          United States Probation Officer              Probationer or Supervised Releasee

                                  12-7-17
                                  Date