IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CR-093-GKF |
| | ) |
| BALEY LYNN ENLOE, a/k/a "Bailey Enloe", et al. | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter comes before the Court on *Defendant's Motion to Continue Sentencing Date* (the "Motion") (Doc #165) filed by the Defendant, Baley Lynn Enloe. For the reasons set forth therein, the Court finds that the Motion should be and is hereby GRANTED.

**IT IS THEREFORE ORDERED**, that the sentencing hearing currently scheduled for April 5, 2018, is stricken. The sentencing hearing will be held on **April 26, 2018, at 1:30 p.m.**

**IT IS SO ORDERED** this 26th day of March, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE