UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America,<br><br>vs.<br><br>Baley Lynn Enloe,<br>  Defendant. | Plaintiff, | Case Number: 17-cr-93-GKF<br><br>Date: 4-26-2018<br>Court Time: 1:30 p.m.<br>Actual Court Time: 1:41 - 2:08 p.m. |

## MINUTE SHEET - SENTENCING

Gregory K. Frizzell, Chief District Judge          K. Perkins, Deputy Clerk          Brian Neil, Reporter

Counsel for Plaintiff: Joel-lyn A. McCormick
Counsel for Defendant: Matthew Cyran, Appt.
Probation Officer: Ben Ciranowicz

[x] Defendant appears in person with counsel     [] Counsel waived     [] Contested     [x] Uncontested
[x] Plaintiff & Defendant reviewed PSI:     [] Objs by: [] Pltf [] Deft;   [x] No Objs;   [x] Court adopts/accepts
[x] 18:3553 Findings re: PSI/Sentence made;     [x] Findings made & Plea Agreement accepted
[x] Sentence re: Guideline;     [x] Departure: [] Variance: [] Upward [x] Downward;   [x] Findings made
[x] Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
[x] Motion [Doc. #158]: Granted; [x] Motion [Doc. #163]: Denied; [x] Sealed Motion [Doc. #193]: Granted

**SENTENCE: As to Count  18  of the Indictment:**

[x] Bureau of Prison for a term of    21    months [] Concurrent   [] Consecutive   [] Not Imposed
[x] Supervised Release for a term of    1    year []  Concurrent   [] Consecutive   [] Not Imposed
[] Fine:                                 $_____  [] With Interest     [] Interest Waived  [x] Not Imposed
[] Restitution:                          $_____  [] With Interest     [] Interest Waived  [] Not Applicable
[x] Special Monetary Assessment:         $ 100        [x] Due Immediately [] As Directed: _____  [] N/A

**STANDARD CONDITIONS** as previously adopted by this court including the following additional conditions:

[x] Controlled Substances (shall not illegally possess):     [x] Drug Testing    [] Drug Testing Waived
[x] Firearm, Ammunition, et al. (shall not possess)          [] Special Computer Restriction Conditions
[x] DNA Sample (cooperate with and submit to collection) [] Special Financial Conditions   [] Restitution Conditions
[] Alcohol Abstinence Condition                              [x] Special Search and Seizure Conditions
[] Immigration/Naturalization Conditions                     [] Special Sex Offender Conditions
[x] Workforce Development Condition                          [x] Special Substance Abuse and Testing Conditions
[x] Mental Health Treatment Conditions                       [] To include inpatient treatment
[] Special Gambling Restriction Conditions                   [] To include treatment program for gambling addiction
[] Community Service Conditions:                             For ____ hours to be performed
[] Community Confinement Conditions:                         For ____ months in confinement and allowed to maintain employment
[] Curfew Condition:     [] Home Detention Condition:   For ____ months to commence within ___ hours of sentencing/release
                                                             from imprisonment and to include electronic monitoring at the discretion
                                                             of the Probation Officer.
                                                             Entire cost of the electronic monitoring shall be paid by: [] Prob [] Deft
*********************************************************************************************************

[x] Defendant advised of right to appeal           Court recommends to BOP:
[] Defendant gives oral notice of appeal           [x] Designate a facility located near or in: Tulsa, Oklahoma
[x] Appeal affidavit required                      [x] Residential Drug Abuse Treatment or most comprehensive drug
                                                       treatment program available
[] Bond exonerated                                 [] Appeal Bond set: $_____ ([] Cash or [] Surety);  [] Findings made
[] Deft to self surrender to designated institution by noon on: _____, U.S.M. to advise of institution;   [] Findings made
[x] Remaining counts ordered dismissed:  Counts 1, 10, 15 of Indictment
[x] Defendant remanded to custody of U.S. Marshal
**Additional Minutes:**