# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-CR-093-GKF |
| BALEY LYNN ENLOE, a/k/a "Bailey Enloe", et al. | ) ) ) |
| Defendants. | ) |

## WAIVER OF APPEAL

In accordance with the Court's Order and in compliance with my obligations under *Roe v. Flores-Ortega*, 528 U.S. 470, 479 (2000), I, Matthew P. Cyran, attorney for the Defendant, met with my client, Baley Lynn Enloe ("Ms. Enloe"), on May 7, 2018, after she had been sentenced in the above-referenced case. I advised my client of her right to appeal and of the advantages and disadvantages of appealing her conviction and sentence. Ms. Enloe understands her sentence and has reviewed the Judgment filed on April 30, 2018 and <u>Ms. Enloe does NOT desire to appeal her sentence</u> in this case.

_____
Matthew P. Cyran, OBA No. 16918
ROSENSTEIN, FIST & RINGOLD
525 South Main Street, Suite 700
Tulsa, Oklahoma 74103
(918) 585-9211 Telephone
(918) 583-5617 Facsimile
mcyran@rfrlaw.com
ATTORNEY FOR BALEY LYNN ENLOE

-AND-

_____
BALEY LYNN ENLOE